PsB

EWH-CEM 2021R00733

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** RDB-26-336 |
| **v.** | **(Wire Fraud, 18 U.S.C. § 1343; Aggravated Identity Theft, 18 U.S.C. § 1028A; Forfeiture, 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c))** |
| **SHARIEFF TATE PIERRE,** a/k/a "Chaiquan Paul Williams," a/k/a "Niem Martinez," a/k/a "Taru Green," a/k/a "Omar Muriel," | |
| **Defendant.** | |

**INDICTMENT**

**COUNTS ONE THROUGH TWENTY-ONE**
(Wire Fraud)

The Grand Jury for the District of Maryland charges that:

**Introduction**

At times relevant to this Indictment:

1. Defendant **SHARIEFF TATE PIERRE ("PIERRE")** was a resident of Maryland.

2. Credit cards are used by individuals to make retail transactions. Credit cards are access devices issued for the benefit of the cardholder and are tied to a specific account.

**The Manner and Means of the Scheme to Defraud**

3. It was part of the scheme and artifice to defraud that **PIERRE** obtained and attempted to obtain monies, funds, credits, assets, and securities under the custody and control of the victim financial institutions by obtaining credit cards intended for their respective rightful customers, activating the cards, and then using the credit cards to purchase gift cards from stores throughout Maryland and other states.

4. The credit cards **PIERRE** obtained were associated with the names and dates of birth ("means of identification") of victims and were obtained without lawful authority.

5. It was part of the scheme and artifice to defraud that **PIERRE** would convert the gift card balances to cash for his personal benefit at financial services providers such as Western Union.

6. It was part of the scheme and artifice to defraud that **PIERRE**, in using the stolen credit cards to purchase gift cards and in converting the gift card balances to cash at financial service providers, did transmit and cause to be transmitted in interstate commerce wire communications from Maryland to a location outside of Maryland.

7. It was part of the scheme and artifice to defraud that **PIERRE** used the personally identifiable information ("PII") of victim S.K. to obtain lines of credit from financial institutions to purchase and register vehicles without S.K.'s knowledge.

**The Charge**

8. On or about each of the dates set forth below in the District of Maryland, and elsewhere, the defendant,

**SHARIEFF TATE PIERRE,**
**a/k/a "Chaiquan Paul Williams,"**
**a/k/a "Niem Martinez,"**
**a/k/a "Taru Green,"**
**a/k/a "Omar Muriel,"**

for the purpose of executing and attempting to execute the scheme described above, knowingly caused to be transmitted in interstate commerce by means of wire communication the signals, signs, and sounds described below for each count, each transmission constituting a separate count:

| COUNT | DATE | CONDUCT |
|---|---|---|
| 1 | October 12, 2021 | Used the stolen Capital One credit card (last 4-digits 9585) of victim J.A.C. to make purchases totaling $618.72 at Sam's Club No. 6357 in Annapolis, Maryland. |

| COUNT | DATE | CONDUCT |
|---|---|---|
| 2 | January 12, 2022 | Used the PII of victim S.K.to obtain $44,504.99 loan from PenFed Credit Union of Sacramento, CA to purchase 2017 Infiniti Q60 3.0t Premium, Vehicle Identification Number ending in 1480 at Bay Motors, Inc. in Baltimore, Maryland. |
| 3 | March 2, 2022 | Used the stolen Capital One credit card (last 4-digits 0869) of victim I.E.N., to make purchases totaling $405.95 at BJ's Wholesale No. 0040 in Baltimore, Maryland. |
| 4 | May 25, 2022 | Used the stolen Capital Once credit card (last 4-digits 2639) of victim F.J.C. to make purchases totaling $504.88 at Sam's Club No. 6655, Waldorf in Maryland. |
| 5 | January 25, 2023 | Used the stolen Capital One credit card (last 4-digits 6545) of victim G.J.K. to make purchases totaling $645.86 at Sam's Club No. 6653 in Gaithersburg, Maryland. |
| 6 | November 29, 2023 | Used the stolen Chase Bank credit card (last 4-digits 4557) of victim J.C. to make purchases totaling $470.99 at BJ's Wholesale store No. 0040 in Baltimore, Maryland. |
| 7 | November 29, 2023 | Used the stolen Chase Bank credit card (last 4-digits 1174) of victim C.S. to make purchases totaling $474.16 at BJ's Wholesale store No. 0040 in Baltimore, Maryland. |
| 8 | November 29, 2023 | Used the stolen Chase Bank credit card (last 4-digits 3387) of victim D.N. to make purchases totaling $427.99 at BJ's Wholesale store No. 0040 in Baltimore, Maryland. |
| 9 | December 15, 2024 | Used the stolen Capital One credit card (last 4-digits 8118) of victim R.M. to make purchases totaling $320.23 at Lowe's Home Improvement in Parkville, Maryland. |
| 10 | December 15, 2024 | Used the stolen Chase Bank credit card (last 4-digits 4670) of victim A.R. to make purchases totaling $314.95 at Lowe's Home Improvement in Parkville, Maryland. |
| 11 | December 15, 2024 | Used the stolen Citibank credit card (last 4-digits 6149) of victim H.G. to make purchases totaling $324.98 at Lowe's Home Improvement in Parkville, Maryland. |
| 12 | October 10, 2024 | Used the stolen Capital One credit card (last 4-digits 8783) of victim T.W. to make purchases totaling $412.96 at Sam's Club No. 6653 in Gaithersburg, Maryland. |
| 13 | January 12, 2024 | Used the stolen Capital Once credit card (last 4-digits 3786) of victim J.L. to make purchases totaling $676.23 at Sam's Club No. 6434 in Laurel, Maryland. |
| 14 | January 12, 2024 | Used the stolen Capital Once credit card (last 4-digits 5363) of victim J.A.L. to make purchases totaling $454.22 at Sam's Club No. 6434 in Laurel, Maryland. |

| COUNT | DATE | CONDUCT |
|---|---|---|
| 15 | January 5, 2025 | Used the stolen Capital One credit card (last 4-digits 3835) of victim D.H. to make purchases totaling $314.90 at Lowe's No. 3388 in Owings Mills, Maryland. |
| 16 | December 2, 2025 | Used the stolen U.S. Bank credit card (last 4-digits 5854) of victim P.A. to make purchases totaling $452.08 at Sam's Club No. 6650 in Baltimore, Maryland. |
| 17 | December 2, 2025 | Used the stolen M&T Bank credit card (last 4-digits 6569) of victim S.K. to make purchases totaling $439.36 at Sam's Club No. 6650 in Baltimore, Maryland. |
| 18 | December 2, 2025 | Used the stolen First Electronic Bank credit card (last 4-digits 3854) of victim J.G., to make purchases totaling $423.01 at Sam's Club No. 6650 in Baltimore, Maryland. |
| 19 | December 2, 2025 | Used the stolen Citibank credit card (last 4-digits 6884) of victim S.C. to make purchases totaling $423.01 at Sam's Club No. 6650, Baltimore in Maryland. |
| 20 | December 2, 2025 | Used the stolen U.S. Bank credit card (last 4-digits 6864) of victim A.C.S. to make purchases totaling $418.24 at Sam's Club No. 6650 in Baltimore, Maryland. |
| 21 | January 30, 2026 | Used the stolen JPMorgan Chase Bank credit card (last 4-digits 9827) of victim E.K. to make purchases totaling $272.78 at Giant Food No. 141 in Glen Burnie, Maryland. |

18 U.S.C. § 1343
18 U.S.C. § 2

**COUNTS TWENTY-TWO THROUGH FORTY-TWO**
(Aggravated Identity Theft)

The Grand Jury for the District of Maryland further charges that:

On or about each of the dates set forth below, in the District of Maryland, the defendant,

**SHARIEFF TATE PIERRE,**
**a/k/a "Chaiquan Paul Williams,"**
**a/k/a "Niem Martinez,"**
**a/k/a "Taru Green,"**
**a/k/a "Omar Muriel,"**

did knowingly possess and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), that is, wire fraud in violation of Title 18 U.S.C. § 1343, knowing that the means of identification belonged to another actual person, as listed below:

| COUNT | DATE | NAME / MEANS OF IDENTIFICATION |
|---|---|---|
| 22 | October 12, 2021 | Capital One credit card (last 4-digits 9585) of victim J.A.C. |
| 23 | January 12, 2022 | PII of victim S.K. |
| 24 | March 2, 2022 | Capital One credit card (last 4-digits 0869) of victim I.E.N. |
| 25 | May 25, 2022 | Capital Once credit card (last 4-digits 2639) of victim F.J.C. |
| 26 | January 25, 2023 | Capital One credit card (last 4-digits 6545) of victim G.J.K. |
| 27 | November 29, 2023 | Chase Bank credit card (last 4-digits 4557) of victim J.C. |
| 28 | November 29, 2023 | Chase Bank credit card (last 4-digits 1174) of victim C.S. |
| 29 | November 29, 2023 | Chase Bank credit card (last 4-digits 3387) of victim D.N. |
| 30 | December 15, 2024 | Capital One credit card (last 4-digits 8118) of victim R.M. |
| 31 | December 15, 2024 | Chase Bank credit card (last 4-digits 4670), of victim A.R. |
| 32 | December 15, 2024 | Citibank credit card (last 4-digits 6149), of victim H.G. |
| 33 | October 10, 2024 | Capital One credit card (last 4-digits 8783) of victim T.W. |
| 34 | January 12, 2024 | Capital Once credit card (last 4-digits 3786) of victim J.L. |
| 35 | January 12, 2024 | Capital Once credit card (last 4-digits 5363) of victim J.A.L. |

| COUNT | DATE | NAME / MEANS OF IDENTIFICATION |
|---|---|---|
| 36 | January 5, 2025 | Capital One credit card (last 4-digits 3835) of victim D.H. |
| 37 | December 2, 2025 | U.S. Bank credit card (last 4-digits 5854) of victim P.A. |
| 38 | December 2, 2025 | M&T Bank credit card (last 4-digits 6569) of victim S.K. |
| 39 | December 2, 2025 | First Electronic Bank credit card (last 4-digits 3854) of victim J.G. |
| 40 | December 2, 2025 | Citibank credit card (last 4-digits 6884) of victim S.C. |
| 41 | December 2, 2025 | U.S. Bank credit card (last 4-digits 6864) of victim A.C.S. |
| 42 | January 30, 2026 | JPMorgan Chase credit card (last 4-digits 9827) of victim E.K. |

18 U.S.C. § 1028A
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

9. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), as a result of the defendant's conviction of any of the offenses alleged in Counts One through Twenty-One of this Indictment.

### Wire Fraud Forfeiture

10. Upon conviction of any of the offenses alleged in Counts One through Twenty-One of this Indictment, the defendant,

**SHARIEFF TATE PIERRE,**
**a/k/a "Chaiquan Paul Williams,"**
**a/k/a "Niem Martinez,"**
**a/k/a "Taru Green,"**
**a/k/a "Omar Muriel,"**

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

### Property Subject to Forfeiture

11. The property subject to forfeiture includes, but is not limited to:

a. a forfeiture money judgment in the amount of proceeds the defendant fraudulently obtained; and

b. 2017 Infiniti Q60 3.0t Premium, Vehicle Identification Number JN1EV7EL6HM551480.

### Substitute Assets

12. If any of the property described above, as a result of any act or omission of any defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Kelly O. Hayes / EWH
Kelly O. Hayes
United States Attorney

A TRUE BILL

SIGNATURE REDACTED
Foreperson

9/30/26
Date